LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JEAN M. BELMONT,             )<br>      Plaintiff,           )<br>                      )<br>         v.           )<br>                      )<br>MICHAEL J. ASTRUE,           )<br>Commissioner of              )<br>Social Security,             )<br>      Defendant.           )<br>_____) | CIVIL NO. 1:08-CV-00181 DLB<br><br>STIPULATION AND<br>ORDER TO EXTEND TIME<br>FOR DEFENDANT TO<br>FILE OPPOSITION TO<br>PLAINTIFF'S OPENING BRIEF |

      The parties, Plaintiff, JEAN M. BELMONT, and Defendant, COMMISSIONER OF SOCIAL SECURITY, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from March 21, 2009, to April 20, 2009.

      This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time because the undersigned attorney of record for Defendant, SARAH RYAN, Special Assistant United States Attorney, will be on medical leave beginning February

27, 2009, for surgery and recuperation thereafter. Said attorney will attempt a reduced workload during her recuperation period, which is anticipated to be at least four to six weeks. An extension of the briefing deadline until April 20, 2009, will help said attorney meet her anticipated reduced workload goals. Therefore, Defendant requests that a first extension of thirty days until April 20, 2009, be granted for Defendant to file his response and supporting authority, and that all other deadlines be extended according to the Court's scheduling order.

                                      Respectfully submitted,

Dated: February 25, 2009.       /s/ Shanny J. Lee
                                      (As authorized by email)
                                      SHANNY J. LEE
                                      Attorney for Plaintiff

Dated: February 25, 2009.       LAWRENCE G. BROWN
                                      Acting United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ Sarah Ryan
                                      SARAH RYAN
                                      Special Assistant U.S. Attorney

       IT IS SO ORDERED.

       Dated:   **February 26, 2009**               **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE