LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JEAN J. BELMONT, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | 1:08cv0181 DLB<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL ACCESS TO<br>JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d). |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND and NO/100 DOLLARS ($4,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of FOUR THOUSAND and NO/100 DOLLARS ($4,000.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further agree that Plaintiff has executed a valid assignment of all right, title and interest in and to said attorney's fees under the EAJA, in favor of and to his attorney of record, SHANNY J. LEE. The parties stipulate and agree that the EAJA fees shall be paid directly to:

> Shanny J. Lee
> Binder and Binder
> 4000 Metropolitan Drive, Suite 350
> Orange, CA 92868.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their stipulation and agreement, and enter their proposed Order as agreed.

Respectfully submitted,

Dated: September 17, 2009

*/s/ Shanny J. Lee*
(As authorized via email)
SHANNY J. LEE
Attorney for Plaintiff

Dated: September 17, 2009

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **September 17, 2009**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE